# IN THE SUPREME COURT OF THE STATE OF NEVADA

CURTIS LUNDY DOWNING,
Petitioner,
vs.
SUPREME COURT OF NEVADA; AND
SANDY YOUNG, DEPUTY CLERK,
Respondents.

No. 75677 **FILED**

CURTIS LUNDY DOWNING,
Petitioner,
vs.
SUPREME COURT OF NEVADA; AND
SANDY YOUNG, DEPUTY CLERK,
Respondents.

No. 75678

JUL 20 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITIONS*

These original pro se petitions for a writ of mandamus challenge the respondent deputy clerk's decision to return unfiled petitions for rehearing as to orders denying motions to recall the remittiturs in *Downing v. State*, Docket Nos. 27734 and 32394. Having reviewed the documents before this court, we decline to exercise our original jurisdiction. *See* NRS 34.160; *State v. Eighth Judicial Dist. Court*, 127 Nev. 927, 931, 267 P.3d 777, 779-80 (2011) ("[T]he decision to entertain an extraordinary writ petition lies within our discretion."). Accordingly, we

ORDER the petitions DENIED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:     Curtis Lundy Downing
        Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A

18-27672